# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIMINAL ACTION** |
| v. | : | |
| | : | **NO. 1:07-CR-189-CC** |
| **TROY SOBERT** | : | |

## GOVERNMENT'S MOTION FOR A DOWNWARD DEPARTURE BASED ON SUBSTANTIAL ASSISTANCE

Comes now the United States of America, by and through counsel, Sally Quillian Yates, United States Attorney, Randy S. Chartash and Lawrence R. Sommerfeld, Assistant United States Attorneys, and hereby files this motion pursuant to USSG § 5K1.1 and Title 18, United States Code, Section 3553(e) for a downward departure based on substantial assistance to the Government, and respectfully shows as follows:

1.

Defendant Troy Sobert pled guilty to Count One of the Criminal Information in this case, which charged the defendant with conspiring to knowingly and willfully distribute and dispense Schedule III and IV Controlled Substances and the laundering of funds derived from the distribution of controlled substances in violation of Title 18, United States Code, Section 371. According to the Pre-Sentence Report, defendant's

final offense guideline range is 22, Criminal History II, with a custody guideline range of 46-57 months.[1]

2.

Although defendant Sobert pleaded guilty to a Criminal Information charging him alone, he was part of a larger illegal internet pharmacy conspiracy. Defendant Sobert was the second person in the larger conspiracy to plead guilty. As a result of his plea, the lead defendant, Christopher Stoufflet, the majority owner and operator of the business, pleaded guilty. Defendant Sobert was extensively debriefed and testified in the trial of Dr. Andre Smith. He also provided the government valuable corroborative Rule 404(b) information related to defendant Christopher Stoufflet's illegal drug distribution scheme and drug use.

3.

Due to the foregoing, the Government respectfully requests that the Court depart downward pursuant to USSG § 5K1.1 and Title 18, United States Code, Section 3553(e). In addition to the parties joint objection as to role, the Government recommends that the Court depart downward three (3) offense levels, and impose a sentence at the low end of the offense guideline range of 18, a sentence of 27 months.

---

[1] The Presentence Report recommends a four-level enhancement for role. The parties jointly objected to the four-level enhancement and believe that a three-level enhancement for role is appropriate. Thus, before consideration of the Government's Motion for Downward Departure, if this Court sustains this objection, the defendant's final offense level would be a 21.

WHEREFORE, the Government respectfully makes and files this motion for a downward departure, and requests that the Court depart downward three offense levels, and impose a sentence at the low end of the applicable guideline range.

Respectfully submitted, this 2nd day of December, 2010.

SALLY QUILLIAN YATES
UNITED STATES ATTORNEY

_/s/_____
RANDY S. CHARTASH
ASSISTANT UNITED STATES ATTORNEY
600 United States Courthouse
75 Spring Street, S.W.
Atlanta, Georgia 30335
(404) 581-6009
(404) 581-6171 fax
Georgia Bar No. 121760


_/s/_____
LAWRENCE R. SOMMERFELD
ASSISTANT UNITED STATES ATTORNEY
400 United States Courthouse
75 Spring Street, S.W.
Atlanta, Georgia 30335
(404) 581-6407
(404) 581-6171 fax
Georgia Bar No. 249953

Certificate of Service

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by ECF as follows:

Steve Sadow, Esq.

This 2nd day of December, 2010.

_/s/_____
RANDY S. CHARTASH
ASSISTANT UNITED STATES ATTORNEY